**UNITED STATES of America,
Plaintiff-Appellee**

v.

**David Tiberious ROUGEAU,
Defendant-Appellant**

No. 17-40323
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 5, 2018

Maureen Clancy Smith, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Sherman, TX, for Plaintiff-Appellee

David Tiberious Rougeau, Pro Se

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent David Tiberious Rougeau has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rougeau has filed an untimely response and a motion asking that we consider his response despite its untimeliness. That motion is GRANTED.

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rougeau's re-

sponse. The record is not sufficiently developed to allow us to make a fair evaluation of Rougeau's claim of ineffective assistance of counsel; we therefore decline to consider that claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.